FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-1740
_____

BRANDIAN DARNELL LYONS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.

August 21, 2024

PER CURIAM.

DISMISSED. We lack jurisdiction because the first notice of appeal directed to the June 16, 2023 judgment and sentence was not filed by Appellant or his counsel;, and the amended notice of appeal filed by a new attorney on August 16, 2023, and seeking review of the same judgment, was untimely. *See* Fla. R. App. P. 9.140(b)(3) ("The defendant must file the notice prescribed by rule 9.110(d) with the clerk of the lower tribunal at any time between rendition of a final judgment and 30 days following rendition of a written order imposing sentence."); Fla. R. App. P. 9.020(g)(1) (defining "appellant" as "[a] party who seeks to invoke the appeal jurisdiction of a court").

ROWE, BILBREY, and KELSEY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Jessica J. Yeary, Public Defender, and Ross S. Haine II, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.